AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

IAN HERSEY

V.

GLOBAL ATM, INC., NATIONWIDE ATM, INC.,
FRANK SANTORO and MARC MAMIYE

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:  06-2451(JAP)

I, _____WILLIAM T. WALSH_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____1/17/2007_____, as it
                                                                                                                                                                    Date
appears in the records of this court, and that

No notice of appeal has been filed, however a Motion to Vacate Default Judgment was filed on February 7, 2007 and has not been adjudicated.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

3/2/2007                                                            WILLIAM T. WALSH       CLERK
Date                                                                 Clerk

                                                                    _____[signature]_____
                                                                    (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

Case 1:07-mc-00046-UNA   Document 1-2   Filed 03/06/2007   Page 1 of 2
Case 3:06-cv-02451-JAP-TJB   Document 14   Filed 01/17/2007   Page 1 of 2
Case 3:06-cv-02451-JAP-TJB   Document 13   Filed 12/14/2006   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
                                 :
IAN HERSEY                       :   Civil No. 06-2451(JAP-TJB)
               Plaintiff,        :
                                 :
     vs.                         :   [~~Proposed~~]
                                 :   FINAL ORDER AND JUDGMENT
GLOBAL ATM, INC., NATIONWIDE     :
ATM, INC., FRANK SANTORO and     :
MARC MAMIYE                      :
                                 :
               Defendants.       :
---------------------------------x

RECEIVED
JAN 1 7 2007
AT 8:30
WILLIAM T. WALSH
CLERK

This matter having been brought before ~~the Court~~ upon the application of Plaintiff, Ian Hersey, by and though his counsel, Pashman Stein, P.C., for entry of a final judgment by default against all Defendants (Global ATM, Inc., Nationwide ATM, Inc., Frank Santoro, and Marc Mamiye); and notice of the application having been provided to all Defendants by regular and certified mail at least three days prior to the return date of this application; and the Court having considered the application, the affidavits in support of the application and the record on file with this Court; and Defendants having been regularly served with the summons and complaint; and Defendants having failed to plead or otherwise defend; and the legal time for pleading or otherwise defending having expired; and the default of the Defendants having been duly entered according to law,

Case 1:07-mc-00046-UNA   Document 1-2   Filed 03/06/2007   Page 2 of 2
Case 3:06-cv-02451-JAP-TJB   Document 14   Filed 01/17/2007   Page 2 of 2
Case 3:06-cv-02451-JAP-TJB   Document 13   Filed 12/14/2006   Page 2 of 2

IT IS on this 17th day of ~~December, 2006~~ Jan, '07,

ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff is awarded judgment in the amount of $746,522 ~~with interest at the rate of ____ from the date of this judgment until paid in full,~~ together with Plaintiff's costs and disbursements incurred in this action, against all Defendants, jointly and severally; interest to be calculated pursuant to 28 USC 1961

2. Plaintiff is entitled to receive 10% of any amounts above $6,325,223 provided by Cash Connect to Defendants during the remainder of the three-year term of the Contract, (i.e., before June 22, 2008);

3. Defendants are ordered to pay Plaintiff on a monthly basis all amounts owed to Plaintiff pursuant to the second decretal paragraph of this Order and Final Judgment;

4. For the remainder of the three-year contract period (i.e., through and including June 2008) Cash Connect, a division of WSFS Bank, is ordered to provide Plaintiff's counsel with a copy of the monthly statement that it provides to Defendants so that Plaintiff may monitor the amounts of funds provided to Defendants; and

5. The Clerk of the Court is directed to enter this order and final judgment.

Case closed

_____
Hon. Joel A Pisano, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By: _____
Deputy Clerk

ORIGINAL

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7054
(201) 488-8200
FAX (201) 488-5556
www.pashmanstein.com

U. S. DISTRICT COURT - DE
MISC. CASE # 07-46

March 5, 2007

**VIA DHL**
Clerk, U.S. District Court Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:  Ian Hersey v. Frank Santoro, Global ATM Inc.,
         Nationwide ATM Inc., Marc Mamiye
         Case No.  06-cv-2451
         Our File No.  9016-001

Dear Sir/Madam:

    I represent plaintiff Ian Hersey in the above-referenced matter.  On January 17, 2007, the Hon. Joel A Pisano, U.S.D.J., District of New Jersey, entered final judgment by default against all defendants.  I request that the Delaware District Court register this judgment in Delaware.

    Please find enclosed an original and two copies of the following:

    1) Exemplification Certificate of the New Jersey judgment;

    2) AO-451 Certification of Judgment for Registration in Delaware;

    3) A computer disk formatted with the above referenced documents; and

    4) This firm's check for $39.00 to cover your fees.

**PASHMAN STEIN, P.C.**

Clerk, U.S. District Court Delaware
March 5, 2007
Page 2

    Please stamp a copy "filed" and return it in the self-addressed stamped envelope provided for your convenience. If there are any questions, please contact me directly at 201-270-4923. Thank you in advance for your assistance in this matter.

                                   Very truly yours,

                                   */s/ John L. Balsamo*

                                   JOHN L. BALSAMO

JLB:dv
Enclosures